UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOSEPH W. DEVILLE | * | |
|     Plaintiff | • | CIVIL ACTION |
| | | |
| VERSUS | * | NO. 05-01597 |
| | * | Re1ated Case Nos: 05-01598; 06-01608; |
| | * | 06-01609; 06-01640; 06-01661; 06-1672; |
| | * | 06-01673; 06-1699; 06-01724; 06-01776; |
| BAYER CROPSCIENCE, LP | * | 06-01777 |
|     Defendant | * | |
| | * | JUDGE TUCKER L. MELANCON |
| | * | MAG. JUDGE C. MICHAEL HILL |

**ORDER**

Considering Defendant Bayer CropScience LP's Motion to Stay Responsive Pleadings and Rule 16 and 26 Obligation Pending Transfer;

**IT IS HEREBY ORDERED** that responses of all defendants in the above-captioned matter and the Related Cases identified in the caption to all Complaints, including Amended Complaints, are stayed; that all defenses, including without limitation insufficiency of process and service of process and lack of personal jurisdiction, are reserved; and that all obligations under Rules 16 and 26 of the Federal Rules of Civil Procedure are stayed, provided that the stay shall remain in effect (1) if the Judicial Panel orders transfer to an MDL Court, until the stay is lifted by the MDL Court, or (2) if the Judicial Panel denies transfer to an MDL Court, until 30 days after such Order denying transfer, by which date defendants shall serve responses to all Complaints and/or Amended Complaints.

**IT IS HEREBY FURTHER ORDERED** that if the Judicial Panel denies transfer, Bayer CropScience LP shall notify the Court promptly in order that initial scheduling orders may be entered.

**IT IS HEREBY FURTHER ORDERED** that the Clerk shall file a copy of this order in the record of each related case.

Lafayette, Louisiana this 31st day of October, 2006.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE